UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

APR 26 2022

NATHAN OCHSNER
CLERK OF COURT

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL NO. B 22-311 |
| SAVANNAH NICOLE VALDEZ | § | |

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 20, 2022, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**SAVANNAH NICOLE VALDEZ,**

willfully and knowingly and with intent to defraud the United States, did smuggle and clandestinely introduce into the United States merchandise which should have been invoiced, that is, a monkey of an approximate value of $8,500.00.

In violation of Title 18 United States Code Section 545 and Title 18 United States Code Section 2.

### COUNT TWO

On or about March 20, 2022, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**SAVANNAH NICOLE VALDEZ,**

did willfully and knowingly import, export, transport, sell, receive, acquire, and purchase wildlife taken, possessed, transported, and sold in violation of Title 42 Code of Federal Regulations Section 71.53(d), a regulation of the United States.

In violation of Title 16 United States Code Sections 3372(a)(1) and 3373(d)(1) and Title 18 United States Code Section 2.

## COUNT THREE

On or about March 20, 2022, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**SAVANNAH NICOLE VALDEZ,**

did unlawfully, knowingly, and intentionally flee and evade an immigration checkpoint operated by United States Customs and Border Protection and any other Federal law enforcement agency in a motor vehicle and did flee Federal, State, and local law enforcement agents in excess of the legal speed limit.

In violation of Title 18 United States Code Section 758.

## NOTICE OF FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18 United States Code Sections 982(a)(2)(B) and 545.

Upon conviction of the offense alleged in Count One of this Indictment, Defendant,

**SAVANNAH NICOLE VALDEZ,**

shall forfeit to the United States, pursuant to Title 18 United States Code Section 982(a)(2)(B), any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the smuggling offense, and, pursuant to Title 18 United States Code Section 545, any merchandise introduced into the United States in violation of Title 18 United States Code Section 545 or the value thereof.

### Substitute Property

If any of the property described above, as a result of any act or omission of

Defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21 United States Code Section 853(p), incorporated by Title 18 United States Code Section 982(b).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

*Edgardo Rodriguez* (signature)
EDGARDO J. RODRIGUEZ
ASSISTANT UNITED STATES ATTORNEY