EG
4-13-22
BROWNSVILLE DIVISION
FILE: 2022R02477

SEALED
CRIMINAL DOCKET

NO. B22-311

Judge: Rolando Olvera

INDICTMENT
COUNTY: CAMERON

Filed: APRIL 26, 2022

**ATTORNEYS:**

UNITED STATES OF AMERICA

JENNIFER B. LOWERY, USA

v.

EDGARDO J. RODRIGUEZ, AUSA

**SAVANNAH NICOLE VALDEZ** (YOB: 2002) United States

*WARRANT*

**CHARGE:** Ct. 1: Smuggling Goods into the United States
Total　　　　18 U.S.C. § 545 and 18 U.S.C. § 2
Counts　Ct. 2: Lacey Act Violation
( 3 )　　　　16 U.S.C. §§ 3372(a)(1), 3373(d)(1) and 18 U.S.C. § 2
　　　Ct. 3: High Speed Flight from an Immigration Checkpoint
　　　　　　18 U.S.C. § 758

NOTICE OF FORFEITURE

**PENALTY:**　**Ct. 1: up to 20 years and/or a fine up to $250,000 plus 3-years SRT**
　　　　　　**Ct. 2: up to 5 years and/or a fine up to $20,000 plus 3-years SRT**
　　　　　　**Ct. 3: up to 5 years and/or a fine up to $250,000 plus 3-years SRT**

In Jail:
On Bond:
No Arrest: X
HSI: Nicholas Patten

**P R O C E E D I N G S:**